IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OBERMAYER REBMANN MAXWELL & HIPPEL LLP, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 15-81 |
| v. | ) Judge Cathy Bissoon |
| JOHN H.C. WEST, III, *et al.*, | ) |
| Defendants. | ) |

### **ORDER**

Plaintiff's Renewed Motion (Doc. 15) to deposit funds under seal will be granted. All Defendants have had notice of Plaintiff's request, and no opposition has been raised. *See* Fed. R. Civ. P. 67(a) (requiring notice to all parties before deposit will be permitted); *see also* Doc. 14 at ¶ 23 (Defendants Fast Trak and RJC also request that Plaintiff deposit funds). Furthermore, Plaintiff's Reply (Doc. 17) has convinced the Court that the deposit should be made under seal, and that the filing at Document 14 should be sealed.[1]

Consistent with the foregoing, the Court hereby ORDERS as follows: Plaintiff's Renewed Motion (**Doc. 15**) is **GRANTED**; Plaintiff is granted leave to deposit funds with the Court, in compliance with Federal Rule 67(b), and the deposit shall be made under seal; and, until further order of Court, all parties are instructed to file under seal any submissions referencing the matters discussed in Plaintiff's Motion (Doc. 15). In so doing, the parties shall

---

[1] The Court directed the Clerk to remove Document 14 from public view, pending resolution of the seal issue. Consistent with this Order, the Clerk is directed to change the entry's designation to "sealed."

comply with this Court's procedures regarding the filing of sealed documents,[2] although the redaction requirement is waived.

    IT IS SO ORDERED.


February 2, 2015                                            s\Cathy Bissoon
                                                                                Cathy Bissoon
                                                                                United States District Judge

cc (via ECF email notification):

All Counsel of Record

---

[2] *See* http://www.pawd.uscourts.gov/Documents/Forms/ECFPol&ProcAmendedMar2013Web.pdf.