UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 16-1376
_____

OBERMAYER, REBMANN, MAXWELL & HIPPEL

v.

JOHN H.C. WEST, III; RESTORATIVE PROGRAMMING, INC;
FAST TRAK INVESTMENT, CO. LLC; RJC FUNDING, LLC

John H.C. West, III; Restorative Programming, Inc.,
                            Appellant

On Appeal from the United States District Court
for the Western District of Pennsylvania
(W.D. Pa. No. 2-15-cv-00081)
District Judge: Honorable Cathy Bissoon

Submitted under Third Circuit LAR 34.1(a)
on May 24, 2017

Before:  HARDIMAN, ROTH and FISHER, Circuit Judges
_____

OPINION
_____

This case came to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted on May 24, 2017.

Upon consideration whereof,

**IT IS ORDERED AND ADJUDGED** by this Court that the judgment of the District Court entered February 9, 2016, be and the same is hereby **AFFIRMED**, costs to be assessed against Appellant.  All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: February 27, 2018